

FILED

SEP 27 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF CRAIG MICHAEL FISHER and HOWARD TAYLOR SMITH, II,<br><br>Defendants. | No. CV 16-36-BU-SEH<br><br>ORDER |

Upon Plaintiff Nationwide Mutual Insurance Company's unopposed renewed motion to restrain Defendants The Estate of Craig Michael Fisher and Howard Taylor Smith, II, from prosecuting claims in other jurisdictions,[1] and good cause appearing,

IT IS HEREBY ORDERED:

Defendants are enjoined and restrained from instituting or prosecuting any

---

[1] Doc. 13.

proceeding in any state or United States court affecting the insurance policy proceeds at issue in this interpleader action until further order of the Court.

DATED this 27th day of September, 2016.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge