# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

FILED
FEB 2 3 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF CRAIG MICHAEL FISHER and HOWARD TAYLOR SMITH, II,<br><br>Defendants. | No. CV 16-36-BU-SEH<br><br>**ORDER** |

Upon the Stipulated Motion for Court Order for Disbursement of Funds Pursuant to Local Rule 67.3,[1] and good cause appearing,

ORDERED:

The Court hereby orders the funds on deposit in the Registry of the Court in the amount of $274,292.18, plus any interest accrued to date of disbursement, after deduction of a fee in an amount not to exceed that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts, shall be disbursed as follows:

---

[1] Doc. 36.

1. Payee Defendant The Estate of Craig Michael Fisher:

   a. GLP Attorneys PS INC in trust for the Estate of Craig Michael Fisher, 2601 Fourth Avenue, Floor 6, Seattle, WA 98121.

      i. The amount of principal and interest to be paid to Defendant Fisher is the principal amount of $100,000.00 plus 1/3 of any accrued interest to the date of the order.

2. Payee Defendant Howard Taylor Smith, II:

   a. McCarthy Law, PC, in trust for Howard Taylor Smith, II, 1940 Dewey Blvd., Suite A, Butte, Montana 59701.

      i. The amount of principal and interest to be paid to Defendant Smith is the principal amount of $174,292.18 plus 2/3 of any accrued interest to the date of the order.

DATED this 23rd day of February, 2017.

SAM E. HADDON
United States District Judge