
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| HOWARD TAYLOR SMITH, II,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>RONALD D. OLSEN,<br><br>    Third-Party Defendant. | No. CV 16-36-BU-SEH<br><br>**ORDER** |

On March 6, 2017, the Court set a preliminary pretrial conference for May 16, 2017.[1] The March 6, 2017, Order requires each party to file a preliminary pretrial statement, addressing with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii) and L.R. 16.2(b)(1).[2] The preliminary pretrial statements filed on May 3, 2017, and May 4, 2017, fail to comply with the Court's March 6, 2017, Order.

Deficiencies in the preliminary pretrial statements include:

1.    Third-Party Plaintiff's Preliminary Pretrial Statement[3] does not

---

[1] Doc. 40.

[2] Doc. 40 at 3.

[3] Doc. 44.

include a summary of information known or believed to be known by each individual that may be used in proving or denying any party's claims or defenses as required under L.R. 16.2(b)(1)(J).

2. Third-Party Defendant Olsen's Preliminary Pretrial Statement[4] does not include a summary of information known or believed to be known by each individual that may be used in proving or denying any party's claims or defenses as required under L.R. 16.2(b)(1)(J) and does not address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's March 6, 2017, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statements to address the deficiencies outlined in paragraphs 1 and 2 above shall be filed on or before May 12, 2017.

DATED this 8th day of May, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[4] Doc. 41.