IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

JAN 1 0 2018

Clerk, U.S. District Court
District Of Montana
Helena

|  |  |
|---|---|
| HOWARD TAYLOR SMITH, II, | |
| Third-Party Plaintiff, | No. CV 16-36-BU-SEH |
| vs. | ORDER |
| RONALD D. OLSEN, | |
| Third-Party Defendant. | |

On January 10, 2018, Third-Party Defendant Ronald D. Olsen ("Olsen") filed Defendant's Motion *in Limine*.[1] Third-Party Defendant Olsen stated that "[p]ursuant to L.R. 7.1, Plaintiff's counsel has been contacted and he stated that Plaintiff does not object to the motions."[2] L.R. 7.1(c)(2) provides that "[w]hen a motion is unopposed, the word 'unopposed' must appear in the title of the motion." Additionally, L.R. 7.1(c)(3) requires the filing of a proposed order with

---

[1] Doc. 51.

[2] Doc. 51 at 2.

an unopposed motion. Third-Party Defendant's Motion *in Limine* failed to satisfy either of these requirements.

ORDERED:

Defendant's Motion *in Limine*[3] is DENIED WITHOUT PREJUDICE to renewal in proper form.

DATED this 10th day of January, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 51.