IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| HOWARD TAYLOR SMITH, II, | |
|---|---|
| Third-Party Plaintiff, | No. CV 16-36-BU-SEH |
| vs. | |
| RONALD D. OLSEN, | ORDER |
| Third-Party Defendant. | |

Defendant's Amended Unopposed Motions *in Limine*[1] is GRANTED. Each of the following matters are excluded from evidence or argument at trial: (1) traffic citations; (2) medical opinions of any treating physician or other healthcare provider outside the medical record; (3) future medical treatment and services, including associated costs; and (4) any neurologic injuries allegedly sustained by Plaintiff.

DATED this 11th day of January, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 54.