IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
MAR 29 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| HOWARD TAYLOR SMITH, II,<br><br>Plaintiff,<br><br>v.<br><br>RONALD D. OLSEN,<br><br>Defendant. | Cause No. CV 16-36-BU-SEH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties herein, the above-entitled action is dismissed with prejudice, as fully settled upon its merits, each party to pay his own costs and attorneys' fees.

DATED this 29th day of March, 2018.

Sam E. Haddon
United States District Judge